pmN

# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. **13-1300 SKG**
)
Cellular telephone with call number (443) 846-2006 )
)
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Maryland_____
*(identify the person or describe the property to be searched and give its location):*
Cellular telephone with call number (443) 846-2006, subscribed to Erica Hughes at 3924 Squire Tuck Way, Pikeville, Maryland, with service provided by AT&T

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____6/11/13_____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Duty Judge_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 5/28/13 at 9:30 am

Judge's signature

City and state:   Baltimore, Maryland                         The Honorable Susan K. Gauvey
                                                              *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 13-1300 SKG | Date and time warrant executed: 6/11/13 @ 3:30 PM | Copy of warrant and inventory left with: Nobody present |

Inventory made in the presence of: Nobody present

Inventory of the property taken and name of any person(s) seized:

Contacts, sms-text messages, calendar/Notes/Tasks, Call logs, mms-multimedia messages + Instant messages from cellular telephone (443) 846.2006

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/12/13

Executing officer's signature

Mark E. Ganzi, FBI, Special Agent
Printed name and title

## ATTACHMENT A

### Items to be Seized

The SUBJECT LOCATIONS shall be searched for:

1. Books, records, computers, personal digital assistants, cell phones, flash media, which may reflect names, addresses and/or telephone numbers of their associates with drug trafficking organizations;
    a. This shall include the cellular telephones with call numbers **(443) 562-1992 and (443) 846-2006 (the "subject electronic devices")**;

2. Photographs;

3. Records of financial transactions, including bank deposit slips, bank accounts, check ledgers and bank cards;

4. All books, records, bank statements, canceled checks, deposit tickets, financial statements, correspondence and other pertinent documents furnished by or on behalf of the listed individuals indicating the individuals might have a financial interest;

5. Documents related to use of professional or private money transmitters that reflect the transfer of money on behalf or to a known member of the organization or a listed individual;

6. Documents that refer or relate in any way to financial institutions, investment or bank accounts, and credit/debit card accounts;

7. Documents that refer or relate in any way to assets such as but not limited to vehicles, real estate, precious metals, etc purchased by or on behalf of the listed individuals;

8. Currency or currency equivalents.

9. Firearms and ammunition.